1751. DEERING HARVESTER CO. *v.* RUSSELL & BROTHERS.

HILL, C. J. The exceptions, although numerous, are each and all entirely without merit. *Judgment affirmed.*

Complaint, from city court of Fayetteville—Judge Hollingsworth. February 3, 1909.

Argued May 5,—Decided November 9, 1909.

*A. M. Brand,* for plaintiff. *Cam D. Dorsey, Dorsey, Brewster Howell & Heyman,* for defendants.